1 | I am JOSE ANTONIO PARDO's attorney. I have carefully discussed
2 | every part of this stipulation and the continuance of the trial date
3 | with my client. I have fully informed my client of his Speedy Trial
4 | rights. To my knowledge, my client understands those rights and
5 | agrees to waive them. I believe that my client's decision to give up
6 | the right to be brought to trial earlier than October 21, 2025 is an
7 | informed and voluntary one.

_/s/ PC_                     08-07-2024

MICHAEL S. CHERNIS           Date
Attorney for Defendant
JOSE ANTONIO PARDO

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_Jose pardo (Aug 7, 2024 22:39 PDT)_      08/07/2024

JOSE ANTONIO PARDO          Date
Defendant

**CERTIFICATION OF INTERPRETER**

I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant JOSE ANTONIO PARDO on this date.

_____             _____
INTERPRETER                            Date