E. MARTIN ESTRADA
1 | United States Attorney
MACK E. JENKINS
2 | Assistant United States Attorney
Chief, Criminal Division
3 | JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
4 | International Narcotics, Money Laundering & Racketeering Section
    1400 United States Courthouse
5 |    312 North Spring Street
    Los Angeles, California 90012
6 |    Telephone: (213) 894-5735
    Facsimile: (213) 894-0142
7 |    Cell:      (213) 500-9369
    E-mail:    julie.shemitz@usdoj.gov
8 |
Attorneys for Plaintiff
9 | UNITED STATES OF AMERICA

10

11 |                  UNITED STATES DISTRICT COURT

12 |            FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 | UNITED STATES OF AMERICA,          No. 2:23-CR-00524(A)-DMG

14 |          Plaintiff,                STIPULATION REGARDING REQUEST FOR
                                        (1) CONTINUANCE OF TRIAL DATE(S)
15 |          v.                        AND (2) FINDINGS OF EXCLUDABLE
                                        TIME PERIODS PURSUANT TO SPEEDY
16 | EDGAR JOEL MARTINEZ-REYES ET       TRIAL ACT
      AL.,
17 |                                    **CURRENT TRIAL DATES:   11/5/24;**
            Defendants.                 **3/25/2025**
18 |                                    **PROPOSED TRIAL DATE:   5/19/2025**

19

20 |      Plaintiff United States of America, by and through its counsel

21 | of record, the United States Attorney for the Central District of

22 | California and Assistant United States Attorney Julie J. Shemitz, and

23 | defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both

24 | individually and by and through his counsel of record, Zaura

25 | Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through

26 | his counsel of record, Rueven L. Cohen and Youngbin Son; CHENGWU HE,

27 | both individually and by and through his counsel of record, Victor

28

1  Sherman; BERNARDO MAUBERIS ("MAUBERIS"), both individually and by and

2  through his counsel of record, Robert M. Helfend; PANYU ZHAO, both

3  individually and by and through his counsel of record, Louis J.

4  Shapiro; RAUL CONTRERAS, individually, and by and through his counsel

5  of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by

6  and through his counsel of record, John Targowski; LUIS BELANDRIA-

7  CONTRERAS ("BELANDRIA-CONTRERAS"), both individually and by and

8  through his counsel of record, Oliver P. Cleary; HANG SU ("SU"), both

9  individually and by and through his counsel of record, Michael D.

10  Walsh; JIAYUNG YU, both individually, and by and through his counsel

11  of record, Jonathan Perliss; XIAOLEI YE, both individually, and by

12  and through his counsel of record, Edward M. Robinson; XUANYI MU

13  ("MU"), both individually and by and through his counsel of record,

14  Donald M. Matson; SHOU YANG, individually, and by and through his

15  counsel of record, Robert C. Hsu; DIEGO ACOSTA OVALLE, both

16  individually, and by and through his counsel of record,        OSCAR

17  EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his

18  counsel of record, Matthew J. Lombard; VIDAL LICON-ROBLES ("LICON-

19  ROBLES"), both individually and by and through his counsel of record,

20  Robert Bernstein, LEOPOLDO BERNAL, individually, and by and through

21  his counsel of record, Anthony Solis; JULIO ALEXANDER CABRERA,

22  individually, and by and through his counsel of record, Peter

23  Johnson; JOSE ANTONIO PARDO, individually, and by and through his

24  counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually,

25  and by and through his counsel of record, Kevin Gres, hereby

26  stipulate as follows:

27

28

1.     On April 4, 2024, a grand jury for the Central District of California returned first superseding indictment as to both <u>United States v. Zhang, et al.</u> and <u>United States v. Martinez-Reyes, et al.</u> Initial appearance and arraignment for defendant CHENGWU HE has been set for August 22, 2024.

2.     The Speedy Trial Act, 18 U.S.C. § 3161, requires that the trial commence on or before August 20, 2024.

3.     Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DANIEL GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this district.

4.     All defendants who have appeared in this district have been released on bond pending trial.

5.     The parties estimate that the trial in this matter will last approximately three weeks.  All defendants are joined for trial and a severance has not been granted.

6.     By this stipulation, the parties move to continue the trial date to and the status conference to October 21, 2025 and the status conference to October 8, 2025.

7.     Defendants request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

        a.     Counsel for defendants represent that they have various prior obligations and trial conflicts as set out in Exhibit A hereto. Counsel for defendants also represent that additional time is necessary to confer with their defendants, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions,

1  review the discovery and potential evidence in the case, and prepare

2  for trial in the event that a pretrial resolution does not occur.

3  Defense counsel represent that failure to grant the continuance would

4  deny them reasonable time necessary for effective preparation, taking

5  into account the exercise of due diligence.

6          b.    Defendants believe that failure to grant the

7  continuance will deny them continuity of counsel and adequate

8  representation.

9          c.    The government does not object to the continuance.

10         d.    The requested continuance is not based on congestion

11 of the Court's calendar, lack of diligent preparation on the part of

12 the attorney for the government or the defense, or failure on the

13 part of the attorney for the Government to obtain available

14 witnesses.

15    8.    For purposes of computing the date under the Speedy Trial

16 Act by which defendants' trial must commence, the parties agree that

17 the time period of January 2, 2024 to October 21, 2025, inclusive,

18 should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

19 (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a

20 continuance granted by the Court at defendants' request, without

21 government objection, on the basis of the Court's finding that:

22 (i) the ends of justice served by the continuance outweigh the best

23 interest of the public and defendant in a speedy trial; (ii) failure

24 to grant the continuance would be likely to make a continuation of

25 the proceeding impossible, or result in a miscarriage of justice; and

26 (iii) failure to grant the continuance would unreasonably deny

27 defendant continuity of counsel and would deny defense counsel the

28

1 | reasonable time necessary for effective preparation, taking into
2 | account the exercise of due diligence.

3 |     9.    Nothing in this stipulation shall preclude a finding that
4 | other provisions of the Speedy Trial Act dictate that additional time
5 | periods be excluded from the period within which trial must commence.
6 | Moreover, the same provisions and/or other provisions of the Speedy
7 | Trial Act may in the future authorize the exclusion of additional
8 | time periods from the period within which trial must commence.

9 |     IT IS SO STIPULATED.
Dated: August 5, 2024          Respectfully submitted,
10 |
                    E. MARTIN ESTRADA
11 |                     United States Attorney

12 |                     MACK E. JENKINS
                    Assistant United States Attorney
13 |                     Chief, Criminal Division

14 |

15 |                     _____/s/_____
                    JULIE J. SHEMITZ
16 |                     Assistant United States Attorney

                    Attorneys for Plaintiff
17 |                     UNITED STATES OF AMERICA

18 |

19 |

20 |     I am EDGAR MARTINEZ-REYES's attorney.  I have carefully
21 | discussed every part of this stipulation and the continuance of the
22 | trial date with my client. I have fully informed my client of his
23 | Speedy Trial rights.  To my knowledge, my client understands those
24 | rights and agrees to waive them.  I believe that my client's decision
25 | to give up the right to be brought to trial earlier than _____
26 | is an informed and voluntary one.

27 | _____        _____
ZAIRA VILLAGOMEZ                    Date
28 |

Attorney for Defendant
EDGAR MARTINEZ-REYES

    I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date and give up my right to be
brought to trial earlier than October 21, 2025.  I understand that I
will be ordered to appear in Courtroom 8C of the Federal Courthouse,
350 W. 1st Street, Los Angeles, California on October 21, 2025 at
8:30 a.m.

EDGAR MARTINEZ-REYES            Date
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES
on this date.

INTERPRETER               Date

6

1    I am SAI ZHANG's attorney.  I have carefully discussed every
2   part of this stipulation and the continuance of the trial date with
3   my client.  I have fully informed my client of his Speedy Trial
4   rights.  To my knowledge, my client understands those rights and
5   agrees to waive them.  I believe that my client's decision to give up
6   the right to be brought to trial earlier than October 21, 2025 is an
7   informed and voluntary one.

8
    _____          _____
     RUEVEN L. COHEN                               Date
9    YOUNGBIN SON
     Attorneys for Defendant
10   SAI ZHANG

11

12
        This agreement has been read to me in Mandarin, the language I
13
    understand best, and I have carefully discussed every part of it with
14
    my attorney.  I understand my Speedy Trial rights.  I voluntarily
15
    agree to the continuance of the trial date and give up my right to be
16
    brought to trial earlier than October 21, 2025.  I understand that I
17
    will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18
    90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19

20   _____          _____
     SAI ZHANG                                     Date
     Defendant
21
                        **CERTIFICATION OF INTERPRETER**
22
        I, _____, am fluent in the written and spoken
23
    English and Mandarin languages.  I accurately translated this entire
24
    agreement from English into Mandarin to defendant SAI ZHANG on this
25
    date.
26

27   _____          _____
     INTERPRETER                                   Date
28

                                      7

1

2      I am BERNARDO MAUBERIS's attorney.  I have carefully discussed

3   every part of this stipulation and the continuance of the trial date

4   with my client. I have fully informed my client of his Speedy Trial

5   rights.  To my knowledge, my client understands those rights and

6   agrees to waive them.  I believe that my client's decision to give up

7   the right to be brought to trial earlier than October 21, 2025, is an

8   informed and voluntary one.

9   _____     _____

10  ROBERT M. HELFEND                          Date
    Attorney for Defendant
11  BERNARDO MAUBERIS

12

13     I have read this stipulation and have carefully discussed it

14  with my attorney. I understand my Speedy Trial rights.  I voluntarily

15  agree to the continuance of the trial date, and give up my right to

16  be brought to trial earlier than October 21, 2025.  I understand that

17  I will be ordered to appear in Courtroom 8C of the Federal

18  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19  2025 at 8:30 a.m.

20  _____     _____

21  BERNARDO MAUBERIS                          Date
    Defendant

22

23                    **CERTIFICATION OF INTERPRETER**

24     I, _____, am fluent in the written and spoken

25  English and Spanish languages.  I accurately translated this entire

26  agreement from English into Spanish to defendant BERNARDO MAUBERIS on

27  this date.

28

1

---

INTERPRETER                                      Date

2

3      I am PANYU ZHAO's attorney.  I have carefully discussed every

4 part of this stipulation and the continuance of the trial date with

5 my client. I have fully informed my client of his Speedy Trial

6 rights.  To my knowledge, my client understands those rights and

7 agrees to waive them.  I believe that my client's decision to give up

8 the right to be brought to trial earlier than October 21, 2025 is an

9 informed and voluntary one.

10

---

LOUIS J. SHAPIRO                                Date
Attorney for Defendant

11 PANYU ZHAO

12

13

14      I have read this stipulation and have carefully discussed it

15 with my attorney. I understand my Speedy Trial rights.  I voluntarily

16 agree to the continuance of the trial date, and give up my right to

17 be brought to trial earlier than October 21, 2025.  I understand that

18 I will be ordered to appear in Courtroom 8C of the Federal

19 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

20 2025 at 8:30 a.m.

21

---

PANYU ZHAO                                       Date
Defendant

22

23

24                    **CERTIFICATION OF INTERPRETER**

25      I, _____, am fluent in the written and spoken

26 English and Mandarin languages.  I accurately translated this entire

27 agreement from English into Mandarin to defendant PANYU ZHAO on this

28 date.

1

_____          _____
INTERPRETER                              Date

2

3       I am RAUL CONTRERAS's attorney.  I have carefully discussed

4   every part of this stipulation and the continuance of the trial date

5   with my client. I have fully informed my client of his Speedy Trial

6   rights.  To my knowledge, my client understands those rights and

7   agrees to waive them.  I believe that my client's decision to give up

8   the right to be brought to trial earlier than October 21, 2025, is an

9   informed and voluntary one.

10  _____          _____
    CHARLES C. BROWN                         Date
    Attorney for Defendant
11  RAUL CONTRERAS

12

13

14      I have read this stipulation and have carefully discussed it

15  with my attorney. I understand my Speedy Trial rights.  I voluntarily

16  agree to the continuance of the trial date, and give up my right to

17  be brought to trial earlier than October 21, 2025.  I understand that

18  I will be ordered to appear in Courtroom 8C of the Federal

19  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

20  2025 at 8:30 a.m.

21  _____          _____
    RAUL CONTRERAS                           Date
    Defendant
22

23

24              **CERTIFICATION OF INTERPRETER**

25      I, _____, am fluent in the written and spoken

26  English and Spanish languages.  I accurately translated this entire

27  agreement from English into Spanish to defendant RAUL CONTRERAS on

28  this date.

INTERPRETER _____     Date _____

    I am GUILLERMO ZAMBRANO's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

JOHN TARGOWSKI _____     Date _____
Attorney for Defendant
GUILLERMO ZAMBRANO

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

GUILLERMO ZAMBRANO _____     Date _____
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant GUILLERMO ZAMBRANO on this date.

1

INTERPRETER                                          Date

2

3      I am HANG SU's attorney.  I have carefully discussed every part

4  of this stipulation and the continuance of the trial date with my

5  client. I have fully informed my client of his Speedy Trial rights.

6  To my knowledge, my client understands those rights and agrees to

7  waive them.  I believe that my client's decision to give up the right

8  to be brought to trial earlier than October 21, 2025 is an informed

9  and voluntary one.

10  MICHAEL D. WALSH                                   Date
   Attorney for Defendant
11  HANG SU

12

13

14      I have read this stipulation and have carefully discussed it

15  with my attorney. I understand my Speedy Trial rights.  I voluntarily

16  agree to the continuance of the trial date, and give up my right to

17  be brought to trial earlier than October 21, 2025.  I understand that

18  I will be ordered to appear in Courtroom 8C of the Federal

19  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

20  2025 at 8:30 a.m.

21  HANG SU                                            Date
   Defendant
22

23

24                    **CERTIFICATION OF INTERPRETER**

25      I, _____, am fluent in the written and spoken

26  English and Mandarin languages.  I accurately translated this entire

27  agreement from English into Mandarin to defendant HANG SU on this

28  date.

                                  12

1     I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client.  I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8  _____        _____
   MATTHEW J. LOMBARD                     Date
9  Attorney for Defendant
   OSCAR EDUARDO MAYORGA
10

11

12     I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____        _____
   OSCAR EDUARDO MAYORGA                   Date
20  Defendant

21

22              **CERTIFICATION OF INTERPRETER**

23     I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant OSCAR EDUARDO

26  MAYORGA on this date.

27  _____        _____
   INTERPRETER                            Date
28
                              18

1     I, _____, am fluent in the written and spoken

2 English and Mandarin languages.  I accurately translated this entire

3 agreement from English into Mandarin to defendant SHOU YANG on this

4 date.

5

    _____        _____

6 INTERPRETER                          Date

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

agreement from English into Mandarin to defendant XUANYI MU on this date.

_____      _____
INTERPRETER                      Date

I am SHOU YANG's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____      _____
SHOU YANG                        Date
Attorney for Defendant
ROBERT C. HSU

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____      _____
SHOU YANG                        Date
Defendant

## CERTIFICATION OF INTERPRETER

INTERPRETER _____    Date _____

    I am XUANYI MU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

DONALD J. MATSON _____    Date _____
Attorney for Defendant
XUANYI MU

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

XUANYI MU _____    Date _____
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire

15

1  | INTERPRETER                                     Date

2

3      I am XIAOLEI YE's attorney.  I have carefully discussed every

4  part of this stipulation and the continuance of the trial date with

5  my client. I have fully informed my client of his Speedy Trial

6  rights.  To my knowledge, my client understands those rights and

7  agrees to waive them.  I believe that my client's decision to give up

8  the right to be brought to trial earlier than October 21, 2025 is an

9  informed and voluntary one.

10 | EDWARD M. ROBINSON                              Date
   BRIAN ARTHUR ROBINSON
11 Attorneys for Defendant
   XIAOLEI YE
12

13

14     This agreement has been read to me in Mandarin, the language I

15 understand best, and I have carefully discussed every part of it with

16 my attorney.  I understand my Speedy Trial rights.  I voluntarily

17 agree to the continuance of the trial date and give up my right to be

18 brought to trial earlier than October 21, 2025.  I understand that I

19 will be ordered to appear at 350 West 1st Street, Los Angeles, CA,

20 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

21 | XIAOLEI YE                                      Date
22 Defendant

23             **CERTIFICATION OF INTERPRETER**

24     I, _____, am fluent in the written and spoken

25 English and Mandarin languages.  I accurately translated this entire

26 agreement from English into Mandarin to defendant XIAOLEI YE on this

27 date.

28
                              14

INTERPRETER _____    Date _____

I am JIAYONG YU's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

JONATHON PERLISS _____    Date _____
Attorney for Defendant
JIAYONG YU

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

JIAYONG YU _____    Date _____
Defendant

## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

13

I am VICTOR RODRIGUEZ-TRUJILLO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____        _____
EDVIN S. FLORES                         Date
Attorney for Defendant
VICTOR RODRIGUEZ-TRUJILLO


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____        _____
VICTOR RODRIGUEZ-TRUJILLO               Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant VICTOR RODRIGUEZ-TRUJILLO on this date.

_____        _____
INTERPRETER                             Date

1      I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed
2  every part of this stipulation and the continuance of the trial date
3  with my client. I have fully informed my client of his Speedy Trial
4  rights.  To my knowledge, my client understands those rights and
5  agrees to waive them.  I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

8  _____    _____
   ROBERT BERNSTEIN                Date
9  Attorney for Defendant
   VIDAL LICON-ROBLES
10

11
12     I have read this stipulation and have carefully discussed it
   with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
   agree to the continuance of the trial date, and give up my right to
14
   be brought to trial earlier than October 21, 2025.  I understand that
15
   I will be ordered to appear in Courtroom 8C of the Federal
16
   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
   2025 at 8:30 a.m.
18

19 _____    _____
   VIDAL LICON-ROBLES           Date
20 Defendant

21

                         **CERTIFICATION OF INTERPRETER**
22
       I, _____, am fluent in the written and spoken
23
   English and Spanish languages.  I accurately translated this entire
24
   agreement from English into Spanish to defendant VIDAL LICON-ROBLES
25
   on this date.
26

27 _____    _____
   INTERPRETER                 Date
28

1    I am LEOPOLDO BERNAL's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8  _____          _____
   ANTHONY M. SOLIS                     Date
9  Attorney for Defendant
   LEOPOLDO BERNAL
10

11

12    I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____          _____
   LEOPOLDO BERNAL                      Date
20  Defendant

21

22              **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant LEOPOLDO BERNAL on

26  this date.

27  _____          _____
   INTERPRETER                          Date
28

1    I am JULIO ALEXANDER CABRERA's attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client. I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8  _____     _____
   PETER JOHNSON                           Date
9  Attorney for Defendant
   JULIO ALEXANDER CABRERA
10

11
         I have read this stipulation and have carefully discussed it
12
   with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
   agree to the continuance of the trial date, and give up my right to
14
   be brought to trial earlier than October 21, 2025.  I understand that
15
   I will be ordered to appear in Courtroom 8C of the Federal
16
   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
   2025 at 8:30 a.m.
18

19  _____     _____
   JULIO ALEXANDER CABRERA                  Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23       I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant JULIO ALEXANDER

26  CABRERA on this date.

27  _____     _____
   INTERPRETER                             Date
28

                                  22

I am JOSE ANTONIO PARDO's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____          _____
MICHAEL S. CHERNIS                 Date
Attorney for Defendant
JOSE ANTONIO PARDO


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____          _____
JOSE ANTONIO PARDO                 Date
Defendant


## CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant JOSE ANTONIO PARDO on this date.

_____          _____
INTERPRETER                        Date

23

1

2      I am JIANDE ZHOU's attorney.  I have carefully discussed every

3  part of this stipulation and the continuance of the trial date with

4  my client. I have fully informed my client of his Speedy Trial

5  rights.   To my knowledge, my client understands those rights and

6  agrees to waive them.   I believe that my client's decision to give up

7  the right to be brought to trial earlier than October 21, 2025 is an

8  informed and voluntary one.

9  _____          _____8/9/24_____
   JIANDE ZHOU                        Date
10 Attorney for Defendant
   KEVIN D. GRES
11

12

13     I have read this stipulation and have carefully discussed it

14 with my attorney. I understand my Speedy Trial rights.   I voluntarily

15 agree to the continuance of the trial date, and give up my right to

16 be brought to trial earlier than October 21, 2025.   I understand that

17 I will be ordered to appear in Courtroom 8C of the Federal

18 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19 2025 at 8:30 a.m.

20 _____          _____8/9/2024_____
   JIANDE ZHOU                        Date
21 Defendant

22

23              **CERTIFICATION OF INTERPRETER**

24     I, __Yanyan Liu__, am fluent in the written and spoken

25 English and Mandarin languages.  I accurately translated this entire

26 agreement from English into Mandarin to defendant JIANDE ZHOUon this

27 date.

28

                          24

08/09/2024

INTERPRETER                              Date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28