```
INTERPRETER                              Date
```

I am JIAYONG YU's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_[signature]_         8/8/2024
JONATHON PERLISS      Date
Attorney for Defendant
JIAYONG YU

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

_Jiayong Yu_         8/8/2024
JIAYONG YU      Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _Fei Han_, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

13

*Fei Han*                        08/08/2024

INTERPRETER                         Date

    I am XIAOLEI YE's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____        _____

EDWARD M. ROBINSON                        Date
BRIAN ARTHUR ROBINSON
Attorneys for Defendant
XIAOLEI YE

    This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

_____        _____

XIAOLEI YE                                   Date
Defendant

**CERTIFICATION OF INTERPRETER**

    I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant XIAOLEI YE on this date.