```
1  _____    _____
   INTERPRETER                          Date
2
```

3
4     I am XUANYI MU's attorney. I have carefully discussed every
5 part of this stipulation and the continuance of the trial date with
6 my client. I have fully informed my client of his Speedy Trial
7 rights. To my knowledge, my client understands those rights and
8 agrees to waive them. I believe that my client's decision to give up
9 the right to be brought to trial earlier than October 21, 2025 is an
10 informed and voluntary one.

```
   /s/ Donald J. Matson                 8/8/2024
11 _____    _____
   DONALD J. MATSON                     Date
12 Attorney for Defendant
   XUANYI MU
```

13

14     I have read this stipulation and have carefully discussed it
15 with my attorney. I understand my Speedy Trial rights. I voluntarily
16 agree to the continuance of the trial date, and give up my right to
17 be brought to trial earlier than October 21, 2025. I understand that
18 I will be ordered to appear in Courtroom 8C of the Federal
19 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
20 2025 at 8:30 a.m.

```
   /s/ Xuanyi Mu                        08/08/2024
21 _____    _____
   XUANYI MU                            Date
22 Defendant
```

23

24                  **CERTIFICATION OF INTERPRETER**

25     I, __Ivan Lam__, am fluent in the written and spoken
26 English and Mandarin languages. I accurately translated this entire

27

28

1  agreement from English into Mandarin to defendant XUANYI MU on this
2  date.

3  _____    _____8/8/2024_____
   INTERPRETER                        Date
4

5

6      I am SHOU YANG's attorney.  I have carefully discussed every
7  part of this stipulation and the continuance of the trial date with
8  my client. I have fully informed my client of his Speedy Trial
9  rights.  To my knowledge, my client understands those rights and
10 agrees to waive them.  I believe that my client's decision to give up
11 the right to be brought to trial earlier than October 21, 2025 is an
12 informed and voluntary one.

13 _____    _____
   SHOU YANG                          Date
   Attorney for Defendant
14 ROBERT C. HSU

15

16     I have read this stipulation and have carefully discussed it
17 with my attorney. I understand my Speedy Trial rights.  I voluntarily
18 agree to the continuance of the trial date, and give up my right to
19 be brought to trial earlier than October 21, 2025.  I understand that
20 I will be ordered to appear in Courtroom 8C of the Federal
21 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
22 2025 at 8:30 a.m.

23 _____    _____
   SHOU YANG                          Date
24 Defendant

25

26           **CERTIFICATION OF INTERPRETER**

27

28
                              16