BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
J. MARK CHILDS (Cal. Bar No. 162684)
Assistant United States Attorney
Chief, Transnational Organized Crime Section
JEREMY K. BEECHER (Cal. Bar No. 301272)
MATT COE-ODESS (Cal. Bar No. 313082)
Assistant United States Attorneys
Transnational Organized Crime Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: 213-894-2433/5429/8957
     Facsimile: 213-894-0142
     E-mail:    mark.childs@usdoj.gov
                jeremy.beecher@usdoj.gov
                matt.coe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>EDGAR JOEL MARTINEZ-REYES, ET AL.,<br><br>　　　　Defendants. | Case No. 2:23-CR-00524(A)-DMG<br><br>STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**CURRENT TRIAL DATE:**　10/21/25<br>**PROPOSED TRIAL DATE:**　6/2/26 |

　　　Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys J. Mark Childs, Jeremy K. Beecher, and Matt Coe-Odess, and defendants Edgar Joel Martinez-Reyes, Sai Zhang, Chengwu He, Bernardo Mauberis, Raul Contreras, Xiaolei Ye, Julio Alexander Cabrera, and Vidal Licon-

Robles, both individually and by and through their counsel of record, hereby stipulate as follows:

1. The First Superseding Indictment in this case in this case was made public on April 4, 2024.

2. On August 7, 2024, the Court set a trial date of October 21, 2025, and a pretrial conference date of October 8, 2025.

3. All stipulating defendants are released on bond pending trial.

4. The status of defendants who are not parties to this stipulation and have not yet entered guilty pleas[1] is as follows:

   a. Victor Rodriguez-Trujillo was released on bond with electronic monitoring, but subsequently cut off his electronic monitoring devices and absconded from pretrial supervision. He is now a fugitive whose whereabouts are unknown.

   b. Daniel Gonzalez is a fugitive who is believed to be residing in Northern California.

   c. Jiaxuan He is a fugitive who is believed to be residing in China.

   d. Peji Tong is a fugitive who is believed to be in the custody of Chinese authorities.

   e. Guillermo Zambrano was released on bond with electronic monitoring. Zambrano was taken into custody by United States Immigration and Customs Enforcement ("ICE") in June 2025, was placed into removal proceedings, and is in ICE custody in Adelanto,

---

[1] Diego Acosta Ovalle and Panyu Zhao have signed plea agreements filed with the Court, but their change of plea hearings have not yet occurred.

2

California, pending the outcome of his removal proceeding. Zambrano, through counsel, objects to a continuance of his trial date.

    f.   Jose Pardo is applying for CASA and the parties will separately submit a stipulation to continue his trial date on that basis.

5. The parties estimate that the trial in this matter will last approximately two weeks. All defendants are joined for trial and a severance has not been granted.

6. By this stipulation, defendants move to continue the trial date to June 2, 2026, and the pretrial conference to May 20, 2026.

7. Defendants request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

    a.   Counsel for defendants represent that they have various prior obligations and trial conflicts. Counsel for defendants also represent that additional time is necessary to confer with their defendants, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur.

    b.   Due to the nature of the prosecution, the number of defendants, the charges in the indictment and the voluminous discovery produced to defendants, this case is so unusual and so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the Speedy Trial Act time limits.

    c. Defense counsel represent that failure to grant the continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. Defendants believe that failure to grant the continuance will deny them continuity of counsel and adequate representation.

    e. The government does not object to the continuance.

    f. The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

  8. For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of October 21, 2025, to June 2, 2026, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution and number of defendants, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would

unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

9. Zambrano objects to continuing the trial in this matter. Nonetheless, the stipulating parties agree that, pursuant to 18 U.S.C. § 3161(h)(6), the time period of October 21, 2025, to June 2, 2026, constitutes a reasonable period of delay for Zambrano, who is joined for trial with codefendants as to whom the time for trial has not run and no motion for severance has been granted.

10. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: October 1, 2025         Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

              /s/
J. MARK CHILDS
JEREMY K. BEECHER
MATT COE-ODESS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

1    I am EDGAR JOEL MARTINEZ-REYES'S attorney.  I have carefully
2 discussed every part of this stipulation and the continuance of the
3 trial date with my client. I have fully informed my client of his
4 Speedy Trial rights.  To my knowledge, my client understands those
5 rights and agrees to waive them.  I believe that my client's decision
6 to give up the right to be brought to trial earlier than June 2,
7 2026, is an informed and voluntary one.

8

9 ZAIRA VILLAGOMEZ                                    Date   9/26/25
   Attorney for Defendant
10 EDGAR JOEL MARTINEZ-REYES

11

12    This agreement has been read to me in Spanish, the language I
13 understand best, and I have carefully discussed every part of it with
   my attorney.  I understand my Speedy Trial rights.  I voluntarily
14 agree to the continuance of the trial date, and give up my right to
15 be brought to trial earlier than June 2, 2026.  I understand that I
16 will be ordered to appear in Courtroom 8C of the Federal Courthouse,
17 350 W. 1st Street, Los Angeles, California on June 2, 2026, at 8:30
18 a.m.
19                                                    09 / 26 / 2025
20
   EDGAR JOEL MARTINEZ-REYES                          Date
21 Defendant

22              **CERTIFICATION OF INTERPRETER**
23    I, Z. Villagomez, am fluent in the written and spoken English and
24 Spanish languages.  I accurately translated this entire agreement
25 from English into Spanish to defendant EDGAR JOEL MARTINEZ-REYES on
26 this date.
27                                                    9-26-25
28 INTERPRETER                                        Date

Doc ID: 07b07179414c28c8877c8019ce117be7d03cf620

```
 1      I am SAI ZHANG'S attorney.  I have carefully discussed every
 2 part of this stipulation and the continuance of the trial date with
 3 my client. I have fully informed my client of his Speedy Trial
 4 rights.  To my knowledge, my client understands those rights and
 5 agrees to waive them.  I believe that my client's decision to give up
 6 the right to be brought to trial earlier than June 2, 2026, is an
 7 informed and voluntary one.
```

_____    9/15/2025
REUVEN L. COHEN                    Date
ATOSSA ESMAILI
Attorney for Defendant
SAI ZHNAG

```
12      This agreement has been read to me in Mandarin, the language I
13 understand best, and I have carefully discussed every part of it with
14 my attorney.  I understand my Speedy Trial rights.  I voluntarily
15 agree to the continuance of the trial date, and give up my right to
16 be brought to trial earlier than June 2, 2026.  I understand that I
17 will be ordered to appear in Courtroom 8C of the Federal Courthouse,
18 350 W. 1st Street, Los Angeles, California on June 2, 2026, at 8:30
19 a.m.
```

_____    9/15/25
SAI ZHANG                          Date
Defendant

**CERTIFICATION OF INTERPRETER**

    I, Yongjia Johnston, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant SAI ZHANG on this date.



_____    9/15/2025
INTERPRETER                        Date

7

1  I am CHENGWU HE'S attorney. I have carefully discussed every
2  part of this stipulation and the continuance of the trial date with
3  my client. I have fully informed my client of his Speedy Trial
4  rights. To my knowledge, my client understands those rights and
5  agrees to waive them. I believe that my client's decision to give up
6  the right to be brought to trial earlier than June 2, 2026, is an
7  informed and voluntary one.

8  /s/ Victor Sherman                    Date 10/1/2025
9  VICTOR SHERMAN
   Attorney for Defendant
10 CHENGWU HE

11

12  This agreement has been read to me in Mandarin, the language I
13  understand best, and I have carefully discussed every part of it with
14  my attorney. I understand my Speedy Trial rights. I voluntarily
15  agree to the continuance of the trial date, and give up my right to
16  be brought to trial earlier than June 2, 2026. I understand that I
17  will be ordered to appear in Courtroom 8C of the Federal Courthouse,
18  350 W. 1st Street, Los Angeles, California on June 2, 2026 at 8:30
19  a.m.

20  /s/ Chengwu He                        Date 10/1/2025
21  CHENGWU HE
    Defendant

22                    **CERTIFICATION OF INTERPRETER**

23  I, CHAO WANG, am fluent in the written and spoken English and
24  Mandarin languages. I accurately translated this entire agreement
25  from English into Mandarin to defendant CHENGWU HE on this date.

26  /s/ Chao Wang                         Date 10/01/2025
27  INTERPRETER CHAO WANG
28

                                  8

I am BERNARDO MAUBERIS'S attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than June 2, 2026, is an informed and voluntary one.

*Robert M. Helfend*                                   9/21/2025

ROBERT M. HELFEND                                     Date
Attorney for Defendant
BERNARDO MAUBERIS

This agreement has been read to me in Spanish, the language I understand best, and I have carefully discussed every part of it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than June 2, 2026. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on June 2, 2026 at 8:30 a.m.

*[signature]*                                         9/24/2025

BERNARDO MAUBERIS                                     Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant BERNARDO MAUBERIS on this date.

*[signature]*                                         9/24/2025

INTERPRETER                                           Date

9

I am RAUL CONTRERAS'S attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than June 2, 2026, is an informed and voluntary one.

_____     9-26-25
CHARLES BROWN                              Date
Attorney for Defendant
RAUL CONTRERAS

  This agreement has been read to me in Spanish, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than June 2, 2026.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on June 2, 2026 at 8:30 a.m.

_____     9-26-25
RAUL CONTRERAS                             Date
Defendant

**CERTIFICATION OF INTERPRETER**

  I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant RAUL CONTRERAS on this date.

_____     _____
INTERPRETER                                Date

I am XIAOLEI YE'S attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than June 2, 2026, is an informed and voluntary one.

*Edward Robinson*      Sept. 12, 2025
EDWARD M. ROBINSON      Date
Attorneys for Defendant
XIAOLEI YE

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than June 2, 2026. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on June 2, 2026 at 8:30 a.m.

_[signature]_      09/12/2025
XIAOLEI YE      Date
Defendant

**CERTIFICATION OF INTERPRETER**

I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant XIAOLEI YE on this date.

_____      _____
INTERPRETER      Date

1   I am JULIO ALEXANDER CABRERA'S attorney.  I have carefully
2 discussed every part of this stipulation and the continuance of the
3 trial date with my client. I have fully informed my client of his
4 Speedy Trial rights.  To my knowledge, my client understands those
5 rights and agrees to waive them.  I believe that my client's decision
6 to give up the right to be brought to trial earlier than June 2,
7 2026, is an informed and voluntary one.

*[DocuSigned by: Peter Johnson — 245F9301A601456...]*     9/18/2025

PETER JOHNSON                                             Date
Attorney for Defendant
JULIO ALEXANDER CABRERA

   This agreement has been read to me in Spanish, the language I
understand best, and I have carefully discussed every part of it with
my attorney.  I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than June 2, 2026.  I understand that I
will be ordered to appear in Courtroom 8C of the Federal Courthouse,
350 W. 1st Street, Los Angeles, California on June 2, 2026 at 8:30
a.m.

*[DocuSigned by: AD — 0FF202D1B475477]*                   9/16/2025

JULIO ALEXANDER CABRERA                                   Date
Defendant

**CERTIFICATION OF INTERPRETER**

   I, _____, am fluent in the written and spoken English and
Spanish languages.  I accurately translated this entire agreement
from English into Spanish to defendant JULIO ALEXANDER CABRERA on
this date.

_____                    _____
INTERPRETER                                              Date

**<u>Page intentionally left blank</u>**

I am VIDAL LICON-ROBLES'S attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than June 2, 2026, is an informed and voluntary one.

_____   9/15/25
ROBERT M. BERNSTEIN            Date
Attorney for Defendant
VIDAL LICON-ROBLES

~~This agreement has been read to me in Spanish, the~~ language I understand ~~best, and~~ I have carefully discussed every part of it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than June 2, 2026. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on June 2, 2026 at 8:30 a.m.

_____   9/15/25
VIDAL LICON-ROBLES              Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant VIDAL LICON-ROBLES on this date.

[Section crossed out with large X]

_____   _____
INTERPRETER                    Date

14